IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 221 |
| | : | |
| FINANCIAL INSTITUTIONS APPROVED | : | DISCIPLINARY RULES |
| AS DEPOSITORIES FOR FIDUCIARY | : | |
| ACCOUNTS | : | DOCKET |
| | : | |

## ORDER

PER CURIAM

AND NOW, this 5th day of May, 2022, it is hereby Ordered that the financial institutions named on the attached list are approved as depositories for fiduciary accounts in accordance with Pa.R.D.E. 221.